UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PHILIP TOWNSEND,

    Plaintiff,

v.                                          CASE NO. 8:21-cv-48-SDM-AAS

CYNOSURE, LLC,

    Defendant.
_____/

**ORDER**

In accord with the plaintiff's notice (Doc. 25), this action is **DISMISSED WITH PREJUDICE** under Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure. The clerk is directed to terminate the pending motions and to close the case.

ORDERED in Tampa, Florida, on May 24, 2021.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE